# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                 Case No.  6:05-cr-55-Orl-31KRS

**CHRISTOPHER LAWRENCE NORMAN**

_____

## ORDER

This cause came before the Court for consideration of the Unopposed and Joint Motion to Find Mr. Norman Incompetent to Proceed (Doc. 44) and the psychiatric report provided to the Court pursuant to 18. U.S.C. § 4241(b), dated may 27, 2005.  After review of the Motion and the report, the Court finds by a preponderance of the evidence that the Defendant is presently suffering from a mental disease which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  Accordingly, it is

**ORDERED** that pursuant to 18 U.S.C. § 4241(d)(1), the Defendant be committed forthwith to the custody of the United States Attorney General so that he can be hospitalized for treatment in a suitable facility for a reasonable period of time, not to exceed four months, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

It is further **ORDERED** that the government shall file a Status Report with the Court by September 29, 2006.   The status conference scheduled for Wednesday, June 14, 2006 is cancelled and the case is removed from the July 2006 trial calendar..

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 1, 2006.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Christopher Lawrence Norman

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE